SO ORDERED.

Dated: September 16, 2020



Madeleine C. Wanslee, Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA
# PHOENIX DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 16-05209 |
| Phillip M. Cooper § | |
| and Denise Jarick Cooper § | |
|     Debtors, § | |
| § | |
| § | Chapter 13 |
| § | |
| U.S. Bank Trust National Association, § | |
| as Trustee of the Bungalow Series III § | |
| Trust § | |
|     Movant, § | |
| § | |
| Phillip M. Cooper § | |
|  and Denise Jarick Cooper § | |
|     Respondents. § | |

### ORDER TERMINATING AUTOMATIC STAY AS TO
### 6922 E EXMOOR DRIVE, MEZA, AZ 85208

U.S. Bank Trust National Association, as Trustee of the Bungalow Series III Trust its assignees and/or successors ("Movant") having filed and served a Declaration of Default (the "Default") and no cure of Default by Phillip M. Cooper and Denise Jarick Cooper, and for other good cause appearing:

ORDER TERMINATING AUTOMATIC STAY- 1

IT IS HEREBY ORDERED, ADJUDGED AND DECREED

1. That the automatic stay of 11U.S.C. §362(a) is hereby immediately terminated as it applies to the enforcement by Movant of all of its rights in the real property under the Note and Deed of Trust commonly known as 6922 E Exmoor Dr., Mesa, AZ 85208 (the "Real Property");

2. Movant is authorized to foreclose its security interest in the Real Property under the terms of the Note and Deed of Trust, and pursuant to applicable state law;

3. Movant is authorized to take any action necessary to obtain complete possession of the Real Property;

4. Movant's Proof of Claim is due and owing and is allowed in full

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the 14- day stay provided by Bankruptcy Rule 4001(a)(3) is waived

SIGNED AND DATED ABOVE

ORDER TERMINATING AUTOMATIC STAY- 2